# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DARRELL SMITH,

    Plaintiff,

vs.                                CASE NO. 6:08-CV-1044-ORL-19DAB

SOLAN TRUCKING & EXCAVATING,
INC., NEVILLE SOLAN,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33, filed December 3, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 33) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 31, filed November 20, 2008) is **GRANTED,** and the settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   15th   day of December, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record